Submitted on record and briefs September 3, appeal dismissed as moot October 13, 1999

STATE OF OREGON,
*Respondent,*

*v.*

GLORIA JOANN WALKER,
*Appellant.*

(CF96-0162; CA A105292)

987 P2d 1271

Wes Williams filed the brief for appellant.

Ann Kelley, Assistant Attorney General, filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Appeal dismissed as moot.